UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

TERRY LYNN PROFFITT )
)
    *Petitioner*, )
)
v. ) No. 3:05-cv-250
) *Jordan*
)
VIRGINIA LEWIS, Warden )
)
    *Respondent*. )

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the respondent's motion to dismiss is **GRANTED**. The petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**.

    **E N T E R:**

                                                      s/ Leon Jordan
                                               United States District Judge